# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-43687-MLO
**Case Name:** A1 MOTORS, LLC

**For Period Ending:** 03/31/2024

**Trustee Name:** (420470) Timothy J. Miller
**Date Filed (f) or Converted (c):** 05/04/2022 (f)
**§ 341(a) Meeting Date:** 06/08/2022
**Claims Bar Date:** 04/09/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT ACCOUNT AT CHECKING ACCOUNT AT FIFTH THIRD BANK. ACCOUNT CURRENTLY HAS A NEGATIVE BALANCE., XXXXXX5038 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | POSSIBLE REFUND FOR PRE-PAID INSURANCE PREMIUM. AMOUNT IS UNKNOWN. | Unknown | 800.00 | | 0.00 | FA |
| 3 | A/R 90 DAYS OLD OR LESS. FACE AMOUNT = $65,000.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $0.00. | 65,000.00 | 0.00 | | 0.00 | FA |
| 4 | MISC. OFFICE FURNITURE, DESKS AND BROKEN COPY MACHINE, OLD PHONES SYSTEM-NOT WORKING. ALL BELIEVED TO HAVE LITTLE TO NO VALUE.. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | A1MOTORSALES.COM. BELIEVED TO HAVE NO VALUE.. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | DEBTOR HAD A LIST OFF ITS CUSTOMERS WITH WHOM IT TRANSACTED BUSINESS AND SOLD CARS, BUT DID NOT USE THAT LIST FOR ANY MARKETING OR ADVERTISING CAMPAIGNS.. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | POSSIBLE CAUSES OF ACTION AGAINST MAPLE VALLEY ESTATES AND MIEDEMA (COUNTER-CLAIMS) FOR ALLEGED ISSUES/IMPROPRIETIES WITH RESPECT TO AUCTION SALE. AMOUNT OF CLAIM IS UNLIQUIDATED AND UNKNOWN., POSSIBLE BREACH/NONCOMPLIANCE WITH AUCTION AGREEMENT. AMOUNT REQUESTED: $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 8 | CORE DEPOSIT REFUNDS. | 385.00 | 385.00 | | 0.00 | FA |
| 9 | successor liability, alter ego and /or piercing of corporate veil claims (u) | 325,000.00 | 325,000.00 | | 0.00 | 325,000.00 |
| 10 | potential avoidance claims against Debtor's insiders (u) | 100,000.00 | 100,000.00 | | 0.00 | 100,000.00 |
| 11 | claims v Green and Green (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 12 | claims v Katz (u)<br>11/28/23 adversary 23-04466 estimated value | 0.00 | 30,000.00 | | 0.00 | 30,000.00 |
| **12** | **Assets Totals (Excluding unknown values)** | **$495,385.00** | **$461,185.00** | | **$5,000.00** | **$455,000.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 22-43687-MLO  
**Case Name:** A1 MOTORS, LLC  

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 05/04/2022 (f)  
**§ 341(a) Meeting Date:** 06/08/2022  

**For Period Ending:** 03/31/2024  
**Claims Bar Date:** 04/09/2024  

**Major Activities Affecting Case Closing:**

3/11/24 15 count in AP-24-04466  
3/11/24 Adversary proceeding pending – mediation scheduled for 4/11/24.03/02/2024 mediation with Katz et al on 04/09/2024 adversary 24-04466  
1/9/24 compromise per order signed-Green and funds received adversary 24-04466  
12/15/2023 compromise motion re claim v Green and Green PLLC  
11/28/23 adv 23-04466 vs. Kats  
07/18/2023 investigation by counsel for the trustee continuing  
03/28/2023 investigating claims against Debtor's principals and successor entity - and Investigating avoidable transfer claims  
01/20/2023 subpoenas issued  
11/03/2022 order to compel Debtor produce documents  
10/27/2022 trustee and debtor have stipulated to order for subpoenas  
09/30/2022 debtor principal opposing 2004 discovery  
07/21/2022 need 2021 tax return, not filed yet  
06/27/2022 document production stipulation; Osipov Bigelman PC employed as trustee's counsel  

**Initial Projected Date Of Final Report (TFR):** 04/03/2023  
**Current Projected Date Of Final Report (TFR):** 09/24/2024  

04/08/2024  
Date  

/s/Timothy J. Miller  
Timothy J. Miller

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | |
|---|---|
| Case No.: | 22-43687-MLO |
| Case Name: | A1 MOTORS, LLC |
| Taxpayer ID #: | **-***9481 |
| For Period Ending: | 03/31/2024 |

| | |
|---|---|
| Trustee Name: | Timothy J. Miller (420470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******4569 Checking |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 4 Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Account Balance |
|---|---|---|---|---|---|---|---|

| Account | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | |
| 0 | Interest Postings | 0.00 | |
| | Subtotal | 0.00 | |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | 0.00 | |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | 0.00 |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s)                                                                                                ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 22-43687-MLO | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | A1 MOTORS, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***9481 | Account #: | ******5339 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/24 | {11} | Green & Green PLLC-A1MOtors | comp p/o 1/9/24 | 1241-000 | 5,000.00 | | 5,000.00 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,995.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 5,000.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 5.00 |
| | Subtotal | 5,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 5.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 5,000.00 | | | |

Page Subtotals: $5,000.00 $5.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | | |
|---|---|---|---|
| **Case No.:** | 22-43687-MLO | **Trustee Name:** | Timothy J. Miller (420470) |
| **Case Name:** | A1 MOTORS, LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***9481 | **Account #:** | ******5339 Checking |
| **For Period Ending:** | 03/31/2024 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $5,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $5,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4569 Checking | $0.00 | $0.00 | $0.00 |
| ******5339 Checking | $5,000.00 | $5.00 | $4,995.00 |
| | **$5,000.00** | **$5.00** | **$4,995.00** |

| | |
|---|---|
| 04/08/2024 | /s/Timothy J. Miller |
| Date | Timothy J. Miller |